**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 23-1921**

─────────

CHRISTINA BROWN,

        Plaintiff - Appellant,

    v.

AMAZON HEADQUARTERS, LLC, a/k/a Amazon.com, Inc.; AMAZON LOGISTICS, INC.,

        Defendants - Appellees.

─────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:23-cv-00189-MSN-WEF)

─────────

Submitted:  January 30, 2024                    Decided:  February 2, 2024

─────────

Before KING, AGEE, and THACKER, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Christina Brown, Appellant Pro Se.  Alexander Paul Berg, Gilda Bethany Ingle, LITTLER MENDELSON PC, Tysons Corner, Virginia, for Appellees.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christina Brown appeals the district court's order (a) denying Brown's motions to remand and for leave to amend her complaint; and (b) granting Defendants' motion to dismiss Brown's wrongful death action against Defendants.  We have reviewed the record and discern no reversible error.  Accordingly, we affirm the district court's order.  *Brown v. Amazon Headquarters, LLC*, No. 1:23-cv-00189-MSN-WEF (E.D. Va. Aug. 4, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*